AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

PAUL SCOTT KLEIN,

      Plaintiff,

V.

DR. SCOTT, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-cv-00648-ECR-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is DISMISSED WITH PREJUDICE.

| | |
|---|---|
| September 15, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |