UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL S. KLEIN, | ) | 3:11-CV-0648-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 8, 2014 |
| | ) | |
| DR. SCOTT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to compel defendants to provide requested discovery (#51) seeking shift logs from June 18, 2009 from 0000 hours to 0500 hours. Defendants' responded to plaintiff's motion to compel (#53) stating that the following documents were sent to plaintiff:

1. June 17-18, 2009 Shift Roster;
2. June 17-19, 2009 Unit Sign In and Equipment Check Sheet;
3. June 17-18, 2009 Daily Shift Log; and
4. Administrative Regulation 639.

Defendants contend that the production of these documents renders plaintiff's motion to compel moot. In his reply (#54), plaintiff states that the certain time period in question, June 18, 2009 from 0000 to 0500 hours, remains missing from the logs.

The court ordered defense counsel to arrange for a telephonic conference with plaintiff on or before Friday, December 6, 2013 to meet and confer in an attempt to resolve this discovery dispute without the court's intervention (#55). Thereafter, defense counsel was ordered to file a status report either reporting that the matter has been resolved or outlining the parties' remaining contentions. *Id.*

      The court has reviewed the status report filed by the defendants (#59) and concludes that this matter has been resolved.  Therefore, plaintiff's motion to compel (#51) is hereby **DENIED as moot.**

      **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                    By:             /s/
                                  Deputy Clerk