CATHERINE CORTEZ MASTO
Attorney General
PAUL T. YOUNG
Deputy Attorney General
Nevada Bar No. 12529
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1136
E-mail: pyoung@ag.nv.gov

Attorneys for Defendants *Dr. William M. Donnelly, Brian Egerton, Dr. Karen Gedney, Dr. Marsha Johns, Dr. David A. Mar, Donald Poag, Dr. John Scott, and Debra Williams*

*Paul Scott Klein, #30918*
*High Desert State Prison*
*P.O. Box 650*
*Indian Springs, NV 89070*
*Plaintiff, pro se*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PAUL SCOTT KLEIN,

Plaintiff,

v.

DR. SCOTT, et al.,

Defendants.

Case No. 3:11-cv-00648-MMD-VPC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

It is stipulated and agreed by and between Plaintiff, Paul Scott Klein, *pro se*, and Defendants, Dr. William M. Donnelly, Brian Egerton, Dr. Karen Gedney, Dr. Marsha Johns, Dr. David A. Mar, Donald Poag, Dr. John Scott and Debra Williams ("Defendants"), by and

/ / /

/ / /

/ / /

through their counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Paul T. Young, Deputy Attorney General, that Plaintiff's Civil Rights Complaint (Docket No. 9) be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

PAUL SCOTT KLEIN
Plaintiff

By: ______________________ Date: 6/6/14
PAUL SCOTT KLEIN
*Pro Se*

CATHERINE CORTEZ MASTO
Attorney General

By: ______________________ Date: 6/9/14
PAUL T. YOUNG
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*



Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701-4717

**ORDER FOR DISMISSAL WITH PREJUDICE**

Having considered the preceding STIPULATION FOR DISMISSAL WITH PREJUDICE, as agreed to by the parties hereinabove, good cause having been shown,

IT IS HEREBY ORDERED that this case be dismissed with prejudice.

Dated this 9th day of June, 2014.

UNITED STATES DISTRICT JUDGE

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 9th day of June, 2014, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

PAUL SCOTT KLEIN #30918
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

[signature]
An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717